UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MARY GINDLING, an individual, on his        :
own behalf and on behalf of all similarly
situated,                                                        :

                Plaintiff,                  :

v.                                                                 :        07 CV 5610 (JSR)

PLAYLOGIC ENTERTAINMENT INC.,    :

                Defendants.            :

                                               :
-------------------------------------------------------- x

## STIPULATION AND [~~PROPOSED~~] ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

       IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

       1.      Defendant in the above-captioned action shall respond to the Complaint in this case on or before ~~October 18, 2007.~~ September 17, 2007.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14-07
```

22514784v2

2.  By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
       July 23 2007

KAMBER & ASSOCIATES, LLC
Scott A. Kamber
Ethan Preston
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

Attorneys for Plaintiff

Dated: New York, New York
       July 17, 2007

DEBEVOISE & PLIMPTON LLP
Jeffrey S. Jacobson
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Attorneys for Defendants

SO ORDERED this 13th day of August, 2007.

United States District Judge

2

22514784v2