UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MARY GINDLING                                   :
:
Plaintiff,                      :
:           07 CV 5610 (JSR)
:
v.                              :
:
PLAYLOGIC ENTERTAINMENT INC.,                   :
:
Defendant.                      :
:
------------------------------------------------------------x

## NOTICE OF DISMISSAL

     Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action without prejudice.

Dated: August 31, 2007

                                    Oren S. Giskan (OG-3667)
                                    GISKAN SOLOTAROFF &
                                    ANDERSON LLP
                                    11 Broadway Suite 2150
                                    New York NY 10004
                                    Tel. (212) 847-8315
                                    Fax. (646) 520-3237

                                    Scott Kamber
                                    KAMBER & ASSOCIATES
                                    11 Broadway
                                    22nd Floor
                                    New York, NY 10004
                                    Tel: (212) 920-3072
                                    Fax: (212) 202-6364